## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Taylor, Edward Floyd

Taylor, Jackie Lynn

Printed: 1/15/08

Case Number:  05 B 40939

Judge:  Squires, John H

Filed:  9/27/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Completed:  December 7, 2007

Confirmed:  January 11, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 23,100.00 |  |
| Secured: |  | 8,547.27 |
| Unsecured: |  | 9,586.59 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 1,166.14 |
| Other Funds: |  | 1,100.00 |
| Totals: | 23,100.00 | 23,100.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Ford Motor Credit Corporation | Secured | 5,119.12 | 5,119.12 |
| 3. | Green Tree Finance Serv Corp | Secured | 3,428.15 | 3,428.15 |
| 4. | Resurgent Capital Services | Unsecured | 168.08 | 229.35 |
| 5. | RoundUp Funding LLC | Unsecured | 175.05 | 238.86 |
| 6. | Charming Shoppes-Fashion Bug | Unsecured | 147.79 | 201.66 |
| 7. | ECast Settlement Corp | Unsecured | 109.60 | 149.55 |
| 8. | ECast Settlement Corp | Unsecured | 673.62 | 919.18 |
| 9. | ECast Settlement Corp | Unsecured | 939.14 | 1,281.50 |
| 10. | ECast Settlement Corp | Unsecured | 276.13 | 376.79 |
| 11. | RoundUp Funding LLC | Unsecured | 57.63 | 78.64 |
| 12. | Ford Motor Credit Corporation | Unsecured | 2,755.18 | 3,759.55 |
| 13. | Capital One | Unsecured | 289.95 | 395.65 |
| 14. | ECast Settlement Corp | Unsecured | 1,433.35 | 1,955.86 |
| 15. | Chicago Institute Of Neurosurgery | Unsecured |  | No Claim Filed |
|  |  |  | $ 18,272.79 | $ 20,833.86 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 250.20 |
| 5% | 82.50 |
| 4.8% | 158.40 |
| 5.4% | 675.04 |
|  | $ 1,166.14 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Taylor, Edward Floyd

Taylor, Jackie Lynn

Printed: 1/15/08

Case Number:  05 B 40939

Judge:  Squires, John H

Filed:  9/27/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

